IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:20CR48-HSO-JCG

ANTONY DANIEL ABREU, et al.

## NOTICE OF MAXIMUM PENALTY

ANTONY DANIEL ABREU
a/k/a Anthony Abreu,
CHRISTOPHER Q. NGUYEN and
DARRELL YOUNG

**Count 1:** Conspiracy to Possess With Intent to Distribute a Controlled Substance, cocaine.
21 U.S.C. §§ 846 and 841(b)(1)(A)

- Not less than ten (10) years; Nor more than life imprisonment
- Not more than a $10,000,000 fine
- At least five (5) years supervised release
- $100 special assessment

ANTONY DANIEL ABREU
a/k/a Anthony Abreu,
CHRISTOPHER Q. NGUYEN and
DARRELL YOUNG

**Count 2:** Attempt to Possess With Intent to Distribute a Controlled Substance, cocaine.
21 U.S.C. §§ 846 and 841(b)(1)(b)

- Not less than five (5) years; Nor more than forty (40) years imprisonment
- Not more than a $5,000,000 fine
- At least four (4) years supervised release
- $100 special assessment