SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
MAY 1 2 2020
ARTHUR JOHNSTON
BY_____ DEPUTY

CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Harrison

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 1:20CR48-HSO-JCG
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER 1:20mj533RHW 4-21-20
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS: ANTONY DANIEL ABREU a/k/a Anthony Abreu

**U.S. ATTORNEY INFORMATION:**

AUSA  Annette Williams   BAR # 9641

INTERPRETER:  X  NO  ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

LOCATION STATUS:   ARREST DATE 4-21-20

X  ALREADY IN FEDERAL CUSTODY AS OF 4-21-20
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 2  ___ PETTY  ___ MISDEMEANOR  2  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   21:846-CD.F | 21 USC § 846 | Conspiracy to Possess With Intent to Distribute a Controlled Substance | 1 |
| Set 2   21:846-CD.F | 21 USC § 846 | Attempt to Possess With Intent to Distribute a Controlled Substance (Aiding & Abetting) | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 5/12/2020   SIGNATURE OF AUSA: Charles W. Kirkham for Annette Williams

(Revised 2/26/10)