**CRIMINAL CASE COVER SHEET**
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 12 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: _____

COUNTY: Harrison

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT ____ DOCKET # 1:20cr48 HSO-JCG
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER 1:20mj533RHW 4-21-20
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  X  NO

MATTER TO BE SEALED: ___ YES  X  NO

NAME/ALIAS: CHRISTOPHER Q. NGUYEN

**U.S. ATTORNEY INFORMATION:**

AUSA  Annette Williams    BAR # 9641

INTERPRETER:  X  NO  ___ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE 4-21-20

 X  ALREADY IN FEDERAL CUSTODY AS OF 4-21-20
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 2   ____ PETTY   ____ MISDEMEANOR   2  FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  21:846-CD.F | 21 USC § 846 | Conspiracy to Possess With Intent to Distribute a Controlled Substance | 1 |
| Set 2  21:846-CD.F | 21 USC § 846 | Attempt to Possess With Intent to Distribute a Controlled Substance (Aiding & Abetting) | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 5/12/2020       SIGNATURE OF AUSA: _A.D. Chalk_

(Revised 2/26/10)