SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

MAY 1 2 2020

ARTHUR JOHNSTON
BY_____ DEPUTY

## CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: _____

COUNTY: Harrison _____

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 1:20 CR48-H50-JCG
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER 1:20mj533RHW 4-21-20
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES X NO

MATTER TO BE SEALED: ____ YES X NO

NAME/ALIAS:   DARRELL YOUNG _____

**U.S. ATTORNEY INFORMATION:**

AUSA   Annette Williams _____   BAR # 9641 _____

INTERPRETER:   X NO ____ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE 4-21-20 _____

x ALREADY IN FEDERAL CUSTODY AS OF 4-21-20 _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 2 _____   _____ PETTY _____ MISDEMEANOR   2   FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   21:846-CD.F | 21 USC § 846 | Conspiracy to Possess With Intent to Distribute a Controlled Substance | 1 |
| Set 2   21:846-CD.F | 21 USC § 846 | Attempt to Possess With Intent to Distribute a Controlled Substance (Aiding & Abetting) | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 5/12/2020

SIGNATURE OF AUSA: *Charles W. Kinkhone* for
*Annette Williams* (Revised 2/26/10)